IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HECTOR HERNANDEZ, #1026078, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1294-D |
| | ) | |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Accordingly, treating petitioner's letter, filed June 25, 2005, as a motion for extension of time to file a federal habeas corpus petition, the petition is dismissed without prejudice for want of jurisdiction by judgment filed today.

Signed August 4, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE